

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2018

No. 04-18-00704-CR

Lissette **FUENTES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 16-CRS-318
The Honorable Everardo Garcia, Judge Presiding

# O R D E R

The trial court imposed sentence on June 12, 2018. Because appellant timely filed a motion for new trial on July 11, 2018, the notice of appeal was due to be filed on September 10, 2018. *See* TEX. R. APP. P. 26.2(a). A notice of appeal was not filed until September 27, 2018, and appellant did not timely file a motion for extension of time to file the notice of appeal. *See id.* R. 26.3.

We therefore **ORDER** appellant to file a written response in this court on or before **November 15, 2018** showing why this appeal should not be dismissed for lack of jurisdiction. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (holding that timely notice of appeal is necessary to invoke court of appeals' jurisdiction). If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed for want of jurisdiction. If a supplemental clerk's record is required to show jurisdiction, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

We **order** the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2018.



Keith E. Hottle
Clerk of Court